UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CONNIE SUE ADDAIR | ) | CASE NO.1:11CV2686 |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| -vs- | ) | |
| | ) | MEMORANDUM OF OPINION |
| COMMISSION | ) | AND ORDER |
| OF SOCIAL SECURITY | ) | |
| Defendant. | ) | |

The Social Security Administration denied Plaintiff's application disability benefits. Plaintiff sought judicial review of the Commissioner's decision, and this Court referred the case to the Magistrate Judge for preparation of a report and recommendation pursuant to 28 U.S.C. 636 and Local Rule 72.2(b)(1).  The Magistrate Judge submitted a report and recommendation recommending that the Court dismiss this case without prejudice for want of prosecution because Plaintiff failed to file her brief on the merits within the time frame set by the Court.  Doc 25.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within 14 days after service.  Plaintiff failed to file objections.  Thus, any further review by this Court would be a duplicative and inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. This matter is DISMISSED WITHOUT PREJUDICE for failure to prosecute pursuant to Fed.R.Civ.P. 41(b).

IT IS SO ORDERED.

Dated: July 27, 2012                    */s/ John R. Adams_____*
                                        UNITED STATES DISTRICT JUDGE